UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NAJHEE SHAVERS, etc.,

    Plaintiff,

v.                                                            CASE NO. 3:22-cv-1088-JBT

BROTHER BLESS LLC, et al.,

    Defendants.
_____/

## ORDER APPROVING SETTLEMENT
## AND DISMISSING CASE WITH PREJUDICE[1]

**THIS CAUSE** is before the Court on the parties' Renewed Joint Motion for Entry of Order Approving Settlement and Dismissing Case with Prejudice ("Motion") (Doc. 34) and the Revised Full Waiver of All Claims, General Release, and Settlement Agreement ("Settlement Agreement") (Doc. 34-1). The Court finds that the proposed Settlement Agreement is a fair and reasonable resolution of a bona fide dispute over FLSA issues. *See Lynn's Food Stores, Inc. v. United States Dep't of Labor*, 679 F.2d 1350, 1555 (11th Cir. 1982). Moreover, the parties represent to the court that Plaintiff attorneys' fees and costs were "reduced in good faith in order to facilitate settlement in this matter, and the amount of fees and costs negotiated did not compromise in any way the amount allocated to Plaintiff." (Doc. 34 at 7.) The Court finds that Plaintiff's attorneys' fees and costs do not taint the

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. (Docs. 30 & 31.)

amount of Plaintiff's recovery and do not appear unreasonable on their face.[2] *See Bonetti v. Embarq Management Co.*, 715 F. Supp. 2d 1222, 1228 (M.D. Fla. 2009).

Therefore, it is **ORDERED AND ADJUDGED**:

1. The Motion (**Doc. 34**) is **GRANTED**.

2. The Settlement Agreement (**Doc. 34-1**) is **APPROVED**.

3. This case is hereby **DISMISSED with prejudice**.

4. The Clerk of Court shall close the file.

**DONE AND ORDERED** in Jacksonville, Florida, on August 31, 2023.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record

---

[2] Since the Court is not conducting an in-depth analysis of the reasonableness of the fees and costs, this case provides no precedent for a case in which such an analysis is required.